HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STILLAGUAMISH TRIBAL ENTERPRISE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PILCHUCK GROUP II, L.L.C.,<br><br>Defendant. | CASE NO. C11-387RAJ<br><br>ORDER |

This matter comes before the court on a motion for summary judgment from Plaintiff Stillaguamish Tribal Enterprise Corporation ("STECO"). Dkt. # 6. The court has addressed that motion in an order it issued today in *Stillaguamish Tribe of Indians v. Pilchuck Group II, L.L.C.*, No. 10-995RAJ. For the reasons stated in that order, the court DENIES the motion, and directs Defendant to elect one of the options stated in that order no later than September 23, 2011.

DATED this 7th day of September, 2011.

_____
The Honorable Richard A. Jones
United States District Court Judge

ORDER- 1